**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

May 13, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Gary Burkett, 24 Cr. 632 (KMK)
      Letter Motion for Adjournment of Sentence

Dear Judge Karas:

I am appointed pursuant to CJA to represent the defendant, Gary Burkett, who previously pleaded guilty to participation in a narcotics conspiracy, and is scheduled to be sentenced by this Court on Monday, June 16, 2025 at 2:00 pm. However, due to an all-day medical appointment on that date that cannot be changed, I write to the Court to request a short adjournment of sentence.

It is my understanding that Friday, June 27, 2025 at 10:00 am would be a convenient date for the Court as well as for the parties. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted.

So Ordered.
/s/ KMK
5/13/25

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Justin Brooke (By ECF and Email/PDF)